IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONSUELLA GRIFFIN, as mother and next friend of Aaliyah Moreland, a minor and natural child of Andrew Moreland, Jr., deceased, <br><br>         Plaintiff, <br><br> MODULAR TRANSPORTATION COMPANY, et al., <br><br>         Defendants. | Case No. 2:12-CV-2378-WMA |

## ORDER

Plaintiff's motion filed on May 23, 2014, for the appointment of a *Guardian ad Litem* is well taken, and is GRANTED. Accordingly. Michael G. Green, II, Esq., of Lehr, Middlebrooks & Vreeland, P.C., P.O. Box 11945, Birmingham, Alabama 35202, is hereby appointed *Guardian ad Litem* for Aaliyah Moreland, a minor.  The proposed settlement arrived at during a mediation conducted by Marty Van Tassel, Esq., will be heard **at 10:30 a.m., May 29, 2014**, in chambers.  A court reporter shall be present.

DONE this 27th day of May, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE