IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONSUELLA GRIFFIN, as administratrix and personal representative of the estate of Andrew Moreland, Jr., deceased,<br><br>Plaintiff,<br><br>MODULAR TRANSPORTATION COMPANY and ROBERT D. PHINIZEE,<br><br>Defendants. | Case No. 2:12-CV-2378-WMA |

### ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED, ADJUDGED, and DECREED that Consuella Griffin, as administratrix and personal representative of the estate of Andrew Moreland, Jr., shall have and recover of defendants, Modular Transportation Company and Robert D. Phinizee, the sum of $1,250,000 to be paid and distributed in accordance with the settlement agreement approved by the court. **The parties and their counsel are hereby ENJOINED from revealing to any outside parties the terms of the settlement agreement insofar as it provides for the distribution to Aaliyah Moreland.**

The cost bill as submitted is hereby APPROVED, and the costs, including the guardian *ad litem* fee, are hereby taxed against defendants.

DONE this 4th day of June, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE